**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7194**

---

DANNY FOREMAN,

                              Petitioner - Appellant,

        versus

MARTIN MCDADE, Superintendent,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-01-404-5-HO)

---

Submitted:  September 13, 2001      Decided:  September 25, 2001

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Danny Foreman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Foreman appeals the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition as untimely filed. We have reviewed the record, the district court's opinion, and Foreman's informal appellate brief. Because Foreman failed to challenge on appeal the basis for the district court's ruling, he has not preserved any issue for our review. 4th Cir. R. 34(b). In any event, it is clear that the district court's conclusion that Foreman's § 2254 petition was untimely is correct. Further, we decline to review the claims Foreman raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2